DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIA EUGENE,**
Appellant,

v.

**GINGER HUBBARD,**
Appellee.

No. 4D22-2970

[May 11, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE-18-026043.

Rick S. Jacobs of Miller & Jacobs, Pompano Beach, for appellant.

Warren B. Kwavnick of Cooney, Trybus, Kwavnick Peets, PLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***